**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:

MICHAEL PELLETZ,                                  Chapter 13
                                                  Case No. 24-41310-EDK
        Debtor

## <u>REJECTION OF APPOINTMENT AS TRUSTEE</u>

NOW COMES David A. Mawhinney, the Standing Chapter 13 Trustee (the "<u>Trustee</u>"), and hereby rejects the appointment as trustee in the above-captioned bankruptcy case.

Dated:  December 23, 2024

                        Respectfully submitted,

                        Standing Chapter 13 Trustee

                        /s/ David A. Mawhinney
                        David A. Mawhinney, Trustee (BBO# 681737)
                        P.O. Box 964
                        Worcester, MA 01613
                        Tel: (508) 791-3300
                        Email: davidmawhinney@ch13worc.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a copy of the foregoing document was mailed to the Debtors and Freedom Mortgage via First Class Mail at the addresses set forth below, and to counsel of record via the Court's CM/ECF system.

Dated: December 23, 2024              /s/ David A. Mawhinney
                                      David A. Mawhinney, Trustee
                                      BBO# 681737