UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF MASSACHUSETTS

In re:                                    )
                                          )
        MICHAEL PELLETZ,                   )        Chapter 13
                                          )        Case No. 24-41310-EDK
                Debtor(s)                  )
                                          )

## MODIFICATION OF PLAN PRIOR TO CONFIRMATION

The debtor(s) hereby modify the Chapter 13 plan previously filed in this case as follows:

_____    Unsecured dividend is changed from a dividend of ___ to a dividend of no less than ___

__X__    Plan payments in Part 2.B. are changed to $821.20 per month for the first 5 months and
        $1,438.00 per month for the remaining 55 months.

_____    The term of the plan is reduced to ___ months.

_____    The treatment of secured claims shall be changed as follows:

__X__    Other changes:   Correct scrivener's error in Part 2.

DATED: 6/13/25                            _____
                                          ATTORNEY FOR DEBTOR(S)

_____                 _____
DEBTOR                                    CHAPTER 13 TRUSTEE

_____                 _____
DEBTOR                                    ATTORNEY FOR CREDITOR