# District of Massachusetts
# Claims Register

## 24-41310 Michael Pelletz

| | |
|---|---|
| **Chief Judge:** Elizabeth D. Katz | **Chapter:** 13 |
| **Office:** Worcester | **Last Date to file claims:** |
| **Trustee:** Carolyn Bankowski-13-12 | **Last Date to file (Govt):** |

| Creditor:  (20944748) Massachusetts Department of Revenue Bankruptcy Unit P O Box 7090 Boston, MA 02204 | **Claim No: 1** Original Filed Date: 12/30/2024 Original Entered Date: 12/30/2024 | Status: Filed by: CR Entered by: Stephanie C Joyce Modified: |
|---|---|---|

Amount claimed: $16659.88
Priority  claimed: $10659.03

History:

Details  1-1  12/30/2024  Claim #1 filed by Massachusetts Department of Revenue, Amount claimed: $16659.88 (Joyce, Stephanie )

Description: (1-1) TAXES
Remarks:

| Creditor:  (20946100) Quantum3 Group LLC as agent for Sadino Funding LLC PO Box 788 Kirkland, WA 98083-0788 | **Claim No: 2** Original Filed Date: 12/30/2024 Original Entered Date: 12/30/2024 | Status: Filed by: CR Entered by: ADI Modified: |
|---|---|---|

Amount claimed: $2083.23

History:

Details  2-1  12/30/2024  Claim #2 filed by Quantum3 Group LLC as agent for Sadino Funding LLC, Amount claimed: $2083.23 (ADI)

Description:
Remarks: (2-1) Account Number (last 4 digits):8271

| Creditor:  (20944749)  History Massachusetts Department of Unemployment 100 Cambridge Street, Suite 400 Boston, MA 02114 | **Claim No: 3** Original Filed Date: 01/03/2025 Original Entered Date: 01/03/2025 | Status: Filed by: CR Entered by: John Paul Bosse Modified: |
|---|---|---|

Amount claimed: $6760.00

History:

Details  3-1  01/03/2025  Claim #3 filed by Massachusetts Department of Unemployment, Amount claimed: $6760.00 (Bosse, John )

Description:
Remarks:

| Creditor: (20944746) History<br>Jefferson Capital Systems, LLC<br>Po Box 7999<br>Saint Cloud, MN 56302 | Claim No: 4<br>Original Filed Date: 02/14/2025<br>Original Entered Date: 02/14/2025 | Status:<br>Filed by: CR<br>Entered by: ADI<br>Modified: |
|---|---|---|

Amount claimed: $444.75

History:
Details  4-1  02/14/2025 Claim #4 filed by Jefferson Capital Systems, LLC, Amount claimed: $444.75 (ADI)

Description:

Remarks: (4-1) Account Number (last 4 digits):6465

| Creditor: (20959421)<br>National Grid<br>300 Erie Blvd West<br>Syracuse, NY 13202 | Claim No: 5<br>Original Filed Date: 02/18/2025<br>Original Entered Date: 02/18/2025 | Status:<br>Filed by: CR<br>Entered by: ADI<br>Modified: |
|---|---|---|

Amount claimed: $10585.03

History:
Details  5-1  02/18/2025 Claim #5 filed by National Grid, Amount claimed: $10585.03 (ADI)

Description:

Remarks: (5-1) Account Number (last 4 digits):0103

| Creditor: (20944751)<br>Midland Credit Management, Inc.<br>PO BOX 2037<br>Warren, MI 48090 | Claim No: 6<br>Original Filed Date: 02/21/2025<br>Original Entered Date: 02/21/2025 | Status:<br>Filed by: CR<br>Entered by: ADI<br>Modified: |
|---|---|---|

Amount claimed: $1463.14

History:
Details  6-1  02/21/2025 Claim #6 filed by Midland Credit Management, Inc., Amount claimed: $1463.14 (ADI)

Description:

Remarks: (6-1) Account Number (last 4 digits):8486

| Creditor: (20944751)<br>Midland Credit Management, Inc.<br>PO BOX 2037<br>Warren, MI 48090 | Claim No: 7<br>Original Filed Date: 02/21/2025<br>Original Entered Date: 02/21/2025 | Status:<br>Filed by: CR<br>Entered by: ADI<br>Modified: |
|---|---|---|

Amount claimed: $2112.25

History:
Details  7-1  02/21/2025 Claim #7 filed by Midland Credit Management, Inc., Amount claimed: $2112.25 (ADI)

Description:

Remarks: (7-1) Account Number (last 4 digits):1351

| Creditor: (20961601)<br>Nationstar Mortgage LLC<br>Bankruptcy Department<br>PO Box 619096<br>Dallas, TX 75261-9741 | **Claim No: 8**<br>Original Filed Date: 02/25/2025<br>Original Entered Date: 02/25/2025 | Status:<br>Filed by: CR<br>Entered by: Linda St. Pierre<br>Modified: |
|---|---|---|

Amount claimed: $369220.09
Secured claimed: $369220.09

History:

| Details | | 8-1 | 02/25/2025 Claim #8 filed by Nationstar Mortgage LLC, Amount claimed: $369220.09 (St. Pierre, Linda ) |
| --- | --- | --- | --- |
| | | doc | 03/26/2025 Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 8) with Certificate of Service (Tsaqaris, Maria) |
| | | doc | 06/03/2025 Notice of Postpetition Mortgage Fees, Expenses, and Charges (Claim # 8) with Certificate of Service (Tsaqaris, Maria) |

Description:

Remarks:

| Creditor: (20944744)<br>Ic Federal Credit Union<br>300 Bemis Rd<br>Fitchburg, MA 01420-7323 | **Claim No: 9**<br>Original Filed Date: 04/14/2025<br>Original Entered Date: 04/14/2025 | Status:<br>Filed by: DE<br>Entered by: Christopher L. Murray<br>Modified: |
|---|---|---|

Amount claimed: $10476.00
Secured claimed: $10476.00

History:

| Details | | 9-1 | 04/14/2025 Claim #9 filed by Ic Federal Credit Union, Amount claimed: $10476.00 (Murray, Christopher ) |
| --- | --- | --- | --- |
| | | 48 | 04/15/2025 Notice of Claim filed under FRBP 3004 filed by Debtor Re: Claim # 9. (lc) |

Description:

Remarks:

# Claims Register Summary

**Case Name:** Michael Pelletz
**Case Number:** 24-41310
**Chapter:** 13
**Date Filed:** 12/23/2024
**Total Number Of Claims:** 9

| Total Amount Claimed* | $419804.37 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $379696.09 | |
| **Priority** | $10659.03 | |
| **Administrative** | | |